1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   ANDREW B. GROSSMAN #211546
2  andrew.grossman@pillsburylaw.com
   JENNA F. LEAVITT #213574
3  jenna.leavitt@pillsburylaw.com
   725 South Figueroa Street, Suite 2800
4  Los Angeles, CA  90017-5406
   Telephone: (213) 488-7100
5  Facsimile: (213) 629-1033

6  Attorneys for Defendant
   WESTINGHOUSE DIGITAL ELECTRONICS, LLC
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                   WESTERN DIVISION

11

12  GUARDIAN MEDIA                )   Case No. CV 08-03310 R (RCx)
    TECHNOLOGIES, LTD.,           )
13                                )
                      Plaintiff,  )   [~~PROPOSED~~] ORDER
14                                )   **GRANTING STIPULATED**
         vs.                      )   **PROTECTIVE ORDER**
15                                )
    WESTINGHOUSE DIGITAL          )
16  ELECTRONICS, LLC,             )   Honorable Manuel L. Real
                                  )   Court Room:     8
17                    Defendant.  )
                                  )
18                                )

19
       Good cause appearing, the Stipulated Protective Order is entered on this date.
20
       IT IS SO ORDERED.
21

22
       Dated: January 09, 2009 _____
23

24

25                              By _____/s/_____
                                   Honorable Manuel L. Real
26                                 Judge of the United States District Court

27

28

                              - 1 -                Case No. CV 08-03310 R (RCx)
                                                          PROPOSED ORDER
   600729144v1